**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1848**

SEAN SHALLOW,

Plaintiff - Appellant,

v.

FEDERAL BUREAU OF INVESTIGATION; DRUG ENFORCEMENT
AGENCY,

Defendants - Appellees,

and

ALEXANDRIA POLICE DEPARTMENT; ARLINGTON POLICE
DEPARTMENT; SHOPPERS FOOD & PHARMACY, Subsidiary Super Valu;
DIVINE NAIL SPA,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria. Claude M. Hilton, Senior District Judge. (1:19-cv-00229-CMH-JFA)

Submitted: December 17, 2019                    Decided: December 19, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sean Shallow, Appellant Pro Se. Meghan Elizabeth Loftus, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Sean Shallow appeals from the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shallow v. FBI*, No. 1:19-cv-00229-CMH-JFA (E.D. Va. filed June 27, 2019 & entered June 28, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*